AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.                                                    **CRIMINAL COMPLAINT**

**JAMES M. FRYE**

                                                     CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about   **February 19, 2007**   in   **WASHINGTON**   county, in the _____ District of   **COLUMBIA**   defendant(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of phencyclidine, , also known as PCP, a Schedule II controlled substance.**

in violation of Title   **21**   United States Code, Section(s)   **841(a)(1)**  .

I further state that I am   **OFFICER JOHN STATHERS**  , and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:       ☒ Yes    ☐ No

                                                            _____
                                                            Signature of Complainant
                                                            **OFFICER JOHN STATHERS**
                                                            **NARCOTICS SPECIAL INVESTIGATION**
                                                            **DIVISION, MPD**

Sworn to before me and subscribed in my presence,

_____  at   **Washington, D.C.**
Date                                                   City and State

_____      _____
Name & Title of Judicial Officer                    Signature of Judicial Officer

# **STATEMENT OF FACTS**

      On February 19, 2007, sworn officers with the Metropolitan Police Department were in the 2300 block of Martin Luther King Avenue, S.E., Washington, D.C., an area known for the sales of illicit narcotics and street crimes. While in the area, an officer saw the defendant, James Frye, sitting in a car counting a large amount of money. The car was running and the defendant wasn't wearing a seat belt. Officers conducted a traffic stop, and as they approached, an officer saw the defendant stuff something down into the driver's side door rest. The defendant then attempted to exit the car, at which time officers smelled an odor consistent with PCP. As the officers stood by the door so the defendant could not get by, the officer saw a plastic bag with a vial containing a liquid. The liquid in the vial had an odor consistent with PCP. Officers placed the defendant under arrest. A search of the defendant revealed 2 packs of Newport cigarettes, 4 empty vials with liquid residue which had an odor consistent with PCP, and $12,395.00 in cash. Recovered from the trunk of the car was 2 large green bottles containing a liquid with an odor consistent with PCP, a plastic container containing liquid, and multiple empty vials . There was approximately 12 ounces of PCP recovered from the automobile. Also recovered from the car was personal papers in the defendant's name, and assorted paraphernalia.


_____
OFFICER JOHN STATHERS
NARCOTICS SPECIAL INVESTIGATION DIVISION
METROPOLITAN POLICE DEPARTMENT


SWORN AND SUBSCRIBED BEFORE ME ON THIS __ DAY OF FEBRUARY, 2007.


_____
U.S. MAGISTRATE JUDGE