UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | Crim. No. 07-73-JDB |
| ) | |
| **JAMES M. FRYE,**   ) | |
| ) | |
| **Defendant.**   ) | |

Government's Consent Motion To Continue Status Hearing

The United States of America, by and through the United States Attorney for the District of Columbia, moves to continue the status hearing in the above case, now set for April 16, 2007. A continuance is needed to allow the defendant first to appear in court for his Superior Court matter on April 17, 2007, when the parties expect he will plead guilty to a reduced charge, pursuant to a plea agreement addressing that case and the matter captioned above. The defendant's guilty plea in the Superior Court matter is a condition to the government's promises with respect to an anticipated plea agreement in the matter before this Court. The government requests a new status date during the week of April 23, 2007.

Counsel for the defendant has advised that the defendant does not object to this motion. A proposed Order is attached.

```
          Respectfully submitted,

          JEFFREY A. TAYLOR
          UNITED STATES ATTORNEY

                  /s/
    by:   _____
          Michael C. Liebman
          Assistant United States Attorney
          D.C. Bar No. 479562
          555 Fourth Street, N.W., room 4231
          Washington, D.C.  20530
          353-2385
```

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

**UNITED STATES OF AMERICA**   )
                                                     )
          **v.**                            )   Crim. No. 07-73-JDB
                                                   )
**JAMES M. FRYE,**                )
                                                 )
          **Defendant.**          )

O R D E R

Upon the unopposed motion of the United States and for good cause shown, it is hereby ORDERED that the status hearing in the above case set for April 16, 2007, is continued to April \_\_, 2007, at \_\_\_\_\_, in courtroom 8.


date:                                      _____
                                              John D. Bates
                                              United States District Judge