FILED
APR 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STATEMENT OF OFFENSE FOR CASE NUMBER 07-CR-73

On February 19, 2007, at approximately 1:55 p.m., an officer of the Metropolitan Police Department observed defendant James M. Frye seated in the driver's seat of a stationary Chevrolet Caprice, in the 2300 block of Martin Luther King, Jr. Avenue, S.E., Washington, D.C. The officer observed that the defendant was holding in his hands and apparently counting a large number of bills of U.S. currency. No one else was in the Caprice.

The officer alerted other officers who immediately approached the Caprice in a marked cruiser. The approaching officers noticed that the engine of the Caprice was running and that the defendant was not wearing a safety belt. The officers, one of whom was in uniform and the other of whom was wearing a MPD raid jacket, stopped their cruiser directly behind the Caprice, and then walked toward the Caprice on foot.

As they neared the Caprice, one of the officers noticed the defendant stuffing something into the side pocket of the driver's door. The defendant then opened the driver's door of the Caprice. As he did so, one of the officers noticed the strong smell of PCP coming from inside the vehicle. The defendant attempted to exit the Caprice but was stopped by the officer who had noticed the PCP odor. The officer asked the defendant if he had a driver's license, but the defendant

responded by trying to exit the Caprice and push aside the officer.

The defendant was then arrested. Recovered from inside the pocket of the driver's door of the Caprice was a small vial of liquid subsequently determined to be a mixture and substance containing PCP. Recovered from a pocket of the jacket worn by the defendant were four empty vials with the residue of liquid subsequently determined to be a mixture and substance containing PCP. Recovered from another pocket of the same jacket was $12,395 in U.S. currency. Recovered from the trunk of the Caprice were two large green bottles, a plastic container, and five vials, all containing liquid that was subsequently determined to be a mixture and substance containing PCP.

Mail matter in the name of the defendant was recovered from inside the Caprice.

The total amount of a mixture and substance containing PCP recovered from the defendant's jacket and the Caprice was 304.3 grams.

<u>Defendant's Acceptance of Statement of Offense</u>

    I have read this Statement of Offense and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this and all matters relating to it. I fully understand this Statement of Offense and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Statement of Offense fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those in the plea agreement filed in connection with this case.

Date: 4/19/07

_____
James M. Frye, defendant


<u>Defense Counsel's Acknowledgment</u>

    I am the attorney for defendant James M. Frye. I have reviewed every part of this Statement of Offense with him. It accurately and completely sets forth the Statement of Offense and agreed to by the defendant and the government.

Date: 4/9/07

_____
Carlos Vanegas, Esquire
Assistant Federal Public Defender
Attorney for defendant James M. Frye


cc:  AUSA Sarah McClellan
    rm. 3112 JCB

    Bruce M. Cooper, Esquire
    by fax to 628-8495 (12 pp. total)

12