UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 07-73 (JDB) |
| v. : | |
| JAMES M. FRYE, : | |
| Defendant. : | |

**GOVERNMENT'S UNOPPOSED MOTION TO AMEND**
**INDICTMENT AND CORRECT TYPOGRAPHICAL ERROR**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully requests this Court to amend the indictment for the reasons set forth below.

1. The defendant is charged with a one-count indictment with Unlawful Possession with Intent to Distribute 100 Grams or More of a Mixture and Substance Containing Phencyclidine ("PCP"), in violation of 21 U.S.C. § 841 (b)(1)(B)(iv). On April 27, 2007, the defendant plead guilty to the indictment pursuant to a plea agreement.

2. It has come to the parties' attention that the indictment contains a typographical error, in that it cites 21 U.S.C. § 841 (b)(1)*(A)*(iv) instead of 21 U.S.C. § 841 (b)(1)*(B)*(iv). The former prohibits, inter alia, possessing with the intent to distribute 100 grams or more of PCP or 1 kilogram or more of a mixture or substance containing a detectible amount of PCP, and is punishable by a mandatory minimum prison sentence of 10 years. The latter prohibits, inter alia, possessing with the intent to distribute 10 grams or more of PCP or 100 grams or more of a

mixture or substance containing a detectible amount of PCP, and is punishable by a mandatory minimum prison sentence of five years.

    3.    The parties agree that the indictment's reference of § 841 (b)(1)(A)(iv) is a typographical error.  The indictment alleges that the defendant did "unlawfully, knowingly, and intentionally possess with the intent to distribute a mixture and substance containing a detectible amount of phencyclidine, also known as PCP . . . and the amount of said mixture and substance was 100 grams or more."  This language reflects the quantities set forth in § 841 (b)(1)(B)(iv). Moreover, pursuant to the plea agreement, the defendant admitted responsibility for "304.3 grams of a mixture or substance containing PCP," an amount that meets the threshold set forth in § 841 (b)(1)(B)(iv), but not the threshold set forth in  § 841 (b)(1)(A)(iv).  Finally, also pursuant to the plea agreement, the defendant acknowledged that the offense to which he would plead guilty had a maximum prison sentence of 40 years and a mandatory minimum prison sentence of five years.  These are the potential terms of incarceration under § 841 (b)(1)(B)(iv), rather than § 841 (b)(1)(A)(iv).[1]

    4.    Therefore, the government requests that the Court amend the indictment to reflect the proper statute – 21 U.S.C. § 841 (b)(1)(B)(iv).  This Court may make changes that reflect amendments of form, rather than substance.  See United States v. Kegler, 724 F.2d 190, 194

---

[1] Both the Presentence Investigation Report and the Government's Memoranda in Aid of Sentencing erroneously cite the terms of incarceration associated with § 841 (b)(1)(A)(iv): a maximum sentence of life, with a mandatory minimum of 10 years.  In any case, as pointed out in both of those documents, the defendant appears to qualify for the "safety valve" exception to the mandatory minimum sentence of five years.  The confusion created by the error in the indictment does not appear to affect the defendant's Sentencing Guidelines calculation in any other way.

(D.C. Cir. 1984). Changes to correct statutory citations are such amendments. See <u>United States v. Lake</u>, 985 F.2d 265, 271 (6th Cir. 1993); <u>United States v. Nelson</u>, 606 F. Supp. 1378, 1388 (S.D.N.Y. 1985).

    5.    The undersigned has discussed this Motion with Assistant Federal Public Defender Carlos Vanegas, who does not oppose it.

WHEREFORE, the government requests that the Court amend the indictment to cite 21 U.S.C. § 841 (b)(1)(B)(iv) instead of 21 U.S.C. § 841 (b)(1)(A)(iv).

    Respectfully submitted,

    JEFFREY A. TAYLOR
    UNITED STATES ATTORNEY

    By: _____/s/_____
    TIMOTHY J. KELLY
    ASSISTANT U.S. ATTORNEY
    Federal Major Crimes Section
    United States Attorney's Office
    555 Fourth Street, N.W., Room 4233
    Washington, D.C. 20530
    Phone: (202) 353-8822

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | **CRIMINAL NO.  07-73 (JDB)** |
| : | |
| v. : | |
| : | |
| **JAMES M. FRYE,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

# ORDER

Upon consideration of the Government's Unopposed Motion to Amend Indictment and Correct Typographical Error, it is, this ____ day of July 2007,

**ORDERED** that the Government's Motion is **GRANTED,** and the indictment is hereby amended to cite 21 U.S.C. § 841 (b)(1)(B)(iv) instead of 21 U.S.C. § 841 (b)(1)(A)(iv).

_____
Hon. John D. Bates
United States District Judge

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the Government's Unopposed Motion to Amend the Indictment and Correct Typographical Error was served upon counsel of record for the defendant, Carlos Vanegas, 625 Indiana Avenue, NW, Suite 550, Washington, DC 20004, this 17th day of July, 2007.

                                                    /s/
                                        TIMOTHY J. KELLY