HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>07-CR-73</u> |
| --- | --- | --- |
|  | : |  |
| vs. | : |  |
|  | : |  |
| FRYE, James M. | : | Disclosure Date: <u>June 11, 2007</u> |

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)
   ( ✓ )   There are no material/factual inaccuracies therein.
   (  )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                                             6/13/07
Prosecuting Attorney                                                    Date

#### For the Defendant

(CHECK APPROPRIATE BOX)
   (  )   There are no material/factual inaccuracies therein.
   (  )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____         _____

Defendant                Date                Defense Counsel              Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>June 25, 2007</u>, to U.S. Probation Officer <u>Kelli Cave</u>, telephone number <u>(202) 565-1357</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:    Gennine A. Hagar, Chief
        United States Probation Officer

**Receipt and Acknowledgment**                                                              **Page 2**

Signed by: _[signature]_
(Defendant/Defense Attorney/**AUSA**)

Date: 6/13/07